**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed April 13, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00154-CV

---

## IN RE K. L. F., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-02136J**

---

## MEMORANDUM OPINION

On March 6, 2023, relator K. L. F. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Leah Shapiro, presiding judge of the 315th District Court of Harris County, to vacate the February 6, 2023 temporary order following adversary hearing.

After conducting a compliance hearing on March 20, 2023, the trial court signed an order on March 29, 2023 that granted relator's motion to appoint maternal grandmother as supervisor of relator's child "upon such terms as agreed upon at the hearing." The trial court also noted that relator had withdrawn her motion to stay, which had requested that the trial court stay its February 6, 2023 order pending a ruling by this Court.

Based on the subsequent requests and agreements by relator and the trial court's order signed May 29, 2023, the relief requested in relator's petition for writ of mandamus is moot. Accordingly, we dismiss relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Spain.